■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO GONZALEZ, Appellant. [997 NYS2d 96]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about September 4, 2012, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Renwick, Andrias, Saxe and Kapnick, JJ.